U.S. DISTRICT
WESTERN DISTRICT
RECEIVED

MAY 0 3 2007

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| PAUL J. ARBOGAST | : | CIVIL ACTION NO.: 5:05CV2076 |
| VERSUS | : | JUDGE: HICKS |
| TIMEX CORPORATION | : | MAGISTRATE: HORNSBY |

### ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the appropriate judicial authorities in the applicable country, any and all documents to be served in this case.

IT IS ORDERED this 3rd day of May, 2007.

BY THE COURT:

_____
U.S. Mag. Judge

MSR411918